Disposition of Petitions For Discretionary Review Under G.S. 7A-31

STATE v. RAKINA and STATE v. ZOFIRA

No. 175PC

Case below: 49 N.C. App. 537

Petition by Kimmelman, Surety, for discretionary review under G.S. 7A-31 denied 4 March 1981.

STATE v. ROBINSON

No. 178PC

Case below: 50 N.C. App. 213

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 March 1981.

STATE v. SAUNDERS

No. 191PC

Case below: 50 N.C. App. 213

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 March 1981.

STEPHENS v. MANN

No. 190PC

Case below: 50 N.C. App. 133

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 March 1981.

WALSTON v. BURLINGTON INDUSTRIES

No. 176PC
No. 118 (Spring Term)

Case below: 49 N.C. App. 301

Petition by defendants for writ of certiorari to North Carolina Court of Appeals allowed 4 March 1981.